Carlos L Cullen's
1416 S Bristol Avenue
Tucson AZ 85713
520 271 7145

FILED ✓        LODGED
RECEIVED         COPY

NOV 28 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRCIT OF ARIZONA

| | |
|---|---|
| CARLOS CULLENS<br>     PLAINTIFF | ) <br> ) <br> ) |
| VS | ) <br> ) <br>**CV18- 570TUC RM** <br> ) |
| | ) |
| TUCSON UNIFIED<br>SCHOOL DISTRICT<br>     DEFENDANT | ) <br> ) <br> ) <br> ) |

**Comes Now Plaintiff** and claims that the Defendant, Tucson Unified School District (TUSD), through its employees discriminated against the Plaintiff in violation of Title VII of the Civil Rights of 1964 and as amended and 42 US Code Sec 1981. Plaintiff has attached a copy of the "Right to Sue" letter received from the EEOC and this complaint is filed timely.

## MEMORANDUM

On or about Plaintiff was hired by TUSD as a part time school safety monitor at Blenman Elms Elementary School after being fully vetted through TUSD's hiring practices. Plaintiff was an exemplary employee at Blenman Elementary School. During his tenure Plaintiff applied for various full-time positions and repeatedly asked for increased hours. In May 2016 while on duty as a school monitor, Plaintiff was approached by a student's father regarding a conversation Plaintiff had had with his wife. Mr. Pena had discovered that Plaintiff had been incarcerated previously for 20 years and

made a point of letting the school staff know in retaliation for Plaintiff speaking to his wife. Plaintiff formally complained about these actions by Pena.

On or about March 1, 2016, Plaintiff was contacted by TUSD employee Terri Howard, TUSD Program Coordinator, Family Resource Centers Family and Community Outreach Department who promised him full time work at Catalina High School as a monitor for the clothing bank 4 hours and custodial 4 hours each day. Ms. Howard indicated that this was a transfer from Blenman.

On August 5, 2016, Plaintiff reported to Catalina High School and was informed that he did not have position there as promised and must resign from Blenman in order to transfer to Catalina which he did. There after he was informed that in order to do custodial duties he had to watch an OSHA compliance film. This never happened even though Plaintiff inquired repeatedly, this included to the Principal of Catalina High School, _____ to no avail.

During this time, the principal would often inquire as to Plaintiff's ethnic background given Plaintiff's name of Carlos and being obviously African American. Plaintiff also made a complaint to Tucson Police Department and the appropriate channels of TUSD that Ms. Howard had made sexually suggestive gestures while Plaintiff was in her office for orientation. Plaintiff was also segregated from the rest of the staff especially female employees and at one point was chastised for giving coffee and potato chips to a female employee.

Plaintiff continued to work his clothing bank monitoring job for 4 hours a day less that was he was working at Blenman and then was given a position through TUSD as a referee for the junior highs in addition to the clothing bank.

On or about August 17, 2016, Plaintiff received an inquiry from Ms. Howard regarding an allegation of taking clothing re: children's socks and underwear, from the clothing bank that Plaintiff acknowledged that he had permission from Melisa Gamez, supervisor to do so. The inquiry specifically stated that any retaliation or harassment of any kind regarding this inquiry would be grounds for another investigation and it was recommended that Plaintiff not speak to anyone about this.  Shortly there after Plaintiff was terminated for theft even though the items had been returned.   At one point, Plaintiff saw Ms. Howard remove a pair of sandals from the Clothing bank and wear them out of the room.                    Count 1 Breach of Contract A.R.S. 10 – 2023 Inducing Breach Of contract; Spreading False Report, Stealing, Theft, and the 4 and 4 deception /Lie A person knowingly inducing any member of an association.  To Breach his marketing contract with the association, or who knowingly spreads false reports concerning. The finances or management thereof, is guilty of a Class 2 misdemeanor. And is also liable to the injured association. In a civil action in the sum of $ 500.00 dollars. TUSD1 Contract Fraud a.  Slander / Libel / Defamation b. Premises Liability c.

Count 2 Vulnerable Adult (A.R.S. 46 -451).   Adult Protective Services Catalina High School Being hid out from School population.  Joseph Pena telling Mrs. Di salvo. At Blenman Elm I done 20 years in prison. Yelling at school administration in office. April 2016 around 2; 35 pm     Ms. Howard and thru scouting me on corner of Country club and Elm as crossing guard. Lured me into 43- 47-18 Sexual Battery fondling her vagina 3 times in 1 on 1 meeting in front of me. Knowing I was ex prisoner thru parent. Joseph Pena placing fear in teachers and students yelling about 20 years at Blenman. Persons in position of trust MS. Howard Melissa Gamez. I respected there leadership as

New employee at Catalina believing they were there to help me. Penalties 43-4719

Prohibition against abuse, neglect or exploitation. (Section 3 – 604 Mr. Cullen's is 50

Year old Non-African American.  With prison Record, and Disable Rule 11 Pinal county

Courts Court Committed 1996. In phoenix Arizona SMI 3 classification. For mental

Health evaluation (Schizophrenia) I informed MS Howard and MS Gamez I would

Bring medications into breakroom / MS Howards office.   It was alleged I Lacked the

Absolute skills from mid-level and typical level.  My daughter was taken illegally by

CPS at 3 weeks' old using this defense versus parents. Were too crazy to have healthy

child in 2012 /13        I was tricked by an administrator of trust the summer of 2016.

TUSD  supervisor and in good faith I followed her dangerous lead to resign post.

At Robison Elementary School within walking distance from my home. Losing my

comfort zone placed in segregation. At Catalina High told to talk to know one.

Ms. Howard and MS Gamez gave me strict orders to stay quiet at work.

I was out of the Limelight as crossing Guard, and as grade school monitor.

Placed upstairs in the Back of School with all women employees 6 TUSD1

Once there I knew I was being set up for a sex crime. They all laughed at me lied and

acted suspicious HT Sanchez arrived the 1st day of School telling me to be careful.

Good luck with your Job.  Placed in Secluded Clothing Bank. The biggest Monitor

On Campus Catalina High School didn't make since. Mr. Holley African American

Principal Was no help whatsoever. Asking for Custodian Job or more hours.

I walked to the school office several times seeking assistance from MS Howard.

The Hague Protection of Adults Convention being placed in sheltered housing.

I receive Access healthcare Detained unlawfully under alias name 20 years ADOC

Received Food Stamps Social Security for disability records (La Front era Southwest).

Also attended Codac on Alvernon for mental health Disability.  Needed Attorney to file

Federal Complaint but me and my family are blacklisted because we don't own dog.

Or profess a Dog as God '' we are Tucson Enemy # 1 2 3 we all have been thru Hell.

We don't have dogs in home due to religious beliefs Christian.

Breach of Contract Notice   Given to TUSD 1 August 2016 written notifying TUSD 1

They were not upholding their end of the bargain. In writing and verbal commitment.

The 4 and 4 full time deal made in summer at Catalina high school July 2016.

Placing me under verbal and handwritten contract. Oral contract with School

Administrator who failed to perform up to her said duties. Hiring Power, Bargaining

Power as trusted Employee. She entered into the contract willing to Breach or gamble

With the reputation and integrity of TUSD 1 on the line. And School building full of

children whom didn't know what was brewing down the hall. Endangering even Children

Not aware they were scheduled to run out of clothing Bank ''Help he assaulted me''


Burden of Proof

People v. Pogre (1986).  Lower courts failed to determine my factual innocence for

stealing or Theft Not Considering Affidavits or my TUSD police report on MS Howard.


Declaration of Factual Innocence ARS 12 – 771

In Kerkeles v. City of San Jose 2015 Tucson Unified Schools. Testified falsely in

opposition being sued by injured.

*Carlos Londray Cullens*

11- 28- 2018